Burdick, Respondent, vs. Kriplean Brothers and others, Appellants.

For the appellants: *Benton, Bosser, Becker & Parnell* of Appleton.

For the respondent: *Clifford C. Mullarkey* of Clintonville.

*By the Court.*—Order affirmed.

McElroy, Appellant, vs. Fritsch, Respondent.

For the appellant: *Eberlein & Eberlein* of Shawano.

For the respondent: *Melvin F. Crowley* of Menasha and *Ray C. Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.